**David J. Hollander**, OSB No. 782452
david@hollanderlaw.com
**HOLLANDER, LEBENBAUM & GANNICOTT**
1500 SW First Avenue, Suite 700
Portland, Oregon 97201-5825
Telephone: 503.222.2408
Facsimile: 503.222.0659

Attorneys for Plaintiff Michael E. Sleight

**William T. Patton**, OSB No. 973646
pattonw@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Life Insurance Company of North America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MICHAEL E. SLEIGHT,**<br><br>Plaintiff,<br><br>v.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>Defendant. | Case No. 6:12-CV-1395-AA<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, because this matter has been settled, plaintiff Michael E. Sleight ("Sleight") and defendant Life Insurance

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

Company of North America ("LINA") through their undersigned counsel stipulate to the dismissal of the above-entitled action with prejudice and without costs or fees to either party.

DATED: January 5, 2013

HOLLANDER, LEBENBAUM & GANNICOTT

By: s/ David J. Hollander
    David J. Hollander, OSB No. 782452
    Telephone: 503.222.2408
Attorneys for Plaintiff Michael E. Sleight

DATED: January 5, 2013

LANE POWELL PC

By: s/ William T. Patton
    William T. Patton, OSB No. 973646
    Telephone: 503.778.2015
Attorneys for Defendant Life Insurance Company of North America

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs or fees to either party.

DATED: January 8, 2013

_____
Ann L. Aiken
United States District Court Judge

PAGE 2 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE